UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALI AKHENATEN,

    Plaintiff,

v.                        CASE NO. 3:24-cv-481-WWB-SJH

FABIANA BROWN,

    Defendant.
_____/

## ORDER

Plaintiff filed an amended complaint on September 6, 2024. Doc. 19. Accordingly, Defendant's Motion to Dismiss and Supporting Memorandum of Law, Doc. 4, filed on May 20, 2024, and directed to the original complaint, is **denied as moot**.[1] *See Malowney v. Federal Collection Deposit Group*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.").

**DONE AND ORDERED** in Jacksonville, Florida, on December 23, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

---

[1] This Order does not address the Amended Complaint, Doc. 19, or Defendant's Motion to Dismiss Amended Complaint and Supporting Memorandum, Doc. 20, which are the subject of a Report and Recommendation entered on December 19, 2024, Doc. 24.

Copies to:

*Pro Se* Plaintiff
Counsel of Record